**Opinion issued August 22, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-23-00440-CV**

———————————

**JOHN GRAHAM, Appellant**

**V.**

**JOSE GUEVARA, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1201704**

---

**MEMORANDUM OPINION**

Appellant's brief was due on July 17, 2023. On July 31, 2023, the Court issued a notice that the appeal was subject to dismissal if appellant did not file a brief or motion for extension on or before August 10, 2023. Appellant did not file a timely brief or request an extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief), 42.3(b) (allowing involuntary dismissal of case). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.